## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **CHARLES R. WILLIAMS, an individual,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **NORFOLK SOUTHERN RAILWAY** ) <br> **COMPANY, a corporation,** ) <br> ) <br> **Defendant.** ) | CIVIL ACTION NO.: 3:10cv-705-S <br><br> JURY TRIAL DEMANDED |

## COMPLAINT

COMES NOW the Plaintiff, Charles R. Williams and brings his Complaint for damages against Defendant, Norfolk Southern Railway Company, a corporation, and for his Complaint states the following:

### I.

### PARTIES AND JURISDICTION

1. The Plaintiff is a resident of Corydon, Indiana, and is and was resident of Corydon, Indiana at all material times referred to herein.

2. The Defendant, Norfolk Southern Railway Company, is a Virginia corporation that does substantial business in Louisville, Kentucky and has done business in Louisville, Kentucky at all times referred to herein.

3. The Defendant, Norfolk Southern Railway Company, is a common carrier by railroad engaged in the business of operating a railroad in interstate commerce for hire. At all times referred to herein, the Plaintiff was an employee of the Defendant and was working within the line and scope of his employment for the Defendant and at all times referred to herein the

Plaintiff's duties of employment for the Defendant were in furtherance of interstate commerce or directly or closely affected interstate commerce.

4. The Plaintiff's action against the Defendant is brought pursuant to the provisions of the Federal Employer's Liability Act, 45 U.S.C. §51, *et seq.* This Court has jurisdiction pursuant to 28 U.S.C. §1331, in that this is an action arising under the laws of the United States.

5. The events forming the basis of this lawsuit occurred in Louisville, Kentucky located in Jefferson County, Kentucky.

## II.

## FACTS

6. On March 19, 2009, the Plaintiff, Charles R. Williams, was performing his job duties as an employee of the Norfolk Southern Railroad Company.

7. On or about this date, Mr. Williams' job duties required him to operate a device located on a railroad car commonly referred to as a "bleed rod." While operating this device, the device did not operate as manufactured, designed, and intended, and it was defective, causing Mr. Williams to sustain injuries to his lower extremity, hip, and about his body.

## III.

## FIRST CAUSE OF ACTION

8 The Plaintiff avers that his on-the-job injuries and damages were caused, in whole or in part, by the negligence of the Defendant, Norfolk Southern Railway Company, or its agents, servants or employees while acting within the line and scope of their employment for said Defendant or by reason of a defect or insufficiency due to the Defendant's negligence in its work practices, safety practices, inspection practices, maintenance practices, operating procedure, railroad cars, and bleed rods at the time and place where Plaintiff suffered his injuries.

## IV.

## SECOND CAUSE OF ACTION

9.  Plaintiff avers that all of his injuries and damages were caused, in whole or in part, by the negligent failure of the Defendant, Norfolk Southern Railway Company, a corporation, to use reasonable care to provide to the Plaintiff a reasonably safe place for the Plaintiff to perform his work and labor for the Defendant.

## V.

## DAMAGES

10.  The Plaintiff avers that as a result, in whole or in part, of the Defendants' negligence the Plaintiff has suffered and seeks to recover for the following special injuries and damages:

   (a)  Past and future lost wages and benefits;

   (b)  Permanent impairment of his ability to earn a living;

   (c)  Past and future medical expenses;

   (d)  Past and future physical pain and mental anguish;

   (e)  Permanent physical disability; and

   (f)  Inability to carry out and enjoy the usual and normal activities of life.

11.  The Plaintiff seeks to recover a sum that will fairly and fully compensate him for his damages. Because of the severity of his injuries, the Plaintiff expects such fair compensation to be in excess of One Million and 00/100 ($1,000,000.00) Dollars.

## VII.

## JURY DEMAND

12.  Plaintiff requests a trial by struck jury.

/S/ **CHRISTOPHER A. KEITH**
CHRISTOPHER A. KEITH
WETTERMARK HOLLAND & KEITH
2101 Highland Avenue, St. 700
Birmingham, AL 35205
Telephone: (205) 933-9500
Facsimile: (205) 212-9500
Email: chris@whklaw.com

**SERVE DEFENDANT AT:**
Norfolk Southern Railway Company
%W.T. & C Corporate Services, Inc.
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898